# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | | |
|---|---|---|
| RICKY SOUTHARD and<br>STACY SOUTHARD, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Case No. CV411-243 |
| STATE FARM FIRE<br>AND CASUALTY CO., | )<br>)<br>)<br>) | |
| Defendant. | ) | |

## ORDER

The Court **GRANTS** defendant's motion to strike plaintiffs' excessive-page brief, doc. 142, and also **GRANTS** plaintiffs' motion for leave to file a corrected, conforming brief. Doc. 143.

**SO ORDERED**, this 3rd day of October, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA