# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| RICKY SOUTHARD and<br>STACY SOUTHARD,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE<br>AND CASUALTY CO.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV411-243 |

## ORDER

The Court **GRANTS** defendant's motion to strike plaintiffs' excessive-page brief, doc. 142, and also **GRANTS** plaintiffs' motion for leave to file a corrected, conforming brief. Doc. 143.

**SO ORDERED**, this 3rd day of October, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA